1  JOSEPH SCHLESINGER, #87692
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAMON WILLIAMS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   HARPREET GREWAL
8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  2:13-mj-82 DAD
                                   )
13                  Plaintiff,     )
                                   )
14       v.                        )  STIPULATION AND PROPOSED ORDER TO
                                   )       CONTINUE BENCH TRIAL
15  HARPREET GREWAL,               )
                                   )
16                  Defendant.     )  Date:  April 17, 2013
                                   )  Time:  9:00 a.m.
17  _____)  Judge: Hon. Dale A. Drozd

18

19  IT IS HEREBY STIPULATED between the parties through their respective

20  counsel, Ashwin Janakiram, Special Assistant United States Attorney,

21  and Linda C. Harter, Chief Assistant Federal Defender, attorney for

22  HARPREET GREWAL, that the Court continue the April 17, 2013 Bench Trial

23  and set this matter for Bench Trial on June 19, 2013 at 9:00 a.m.

24       The ends of justice are best served by allowing a continuance in

25  this matter. Defense needs time to investigate Mr. Grewal's case.

26

27

28

1

2 Dated: April 16, 2013

Respectfully submitted,

3

JOSEPH SCHLESINGER
4 Acting Federal Defender

5 /s/ Linda C. Harter
LINDA C. HARTER
6 Chief Assistant Federal Defender
Attorney for Defendant
7 HARPREET GREWAL

8 Dated: April 16, 2013 BENJAMIN B. WAGNER
United States Attorney
9

10
/s/Ashwin Janakiram
11 ASHWIN JANAKIRAM
Special Assistant United States
12 Attorney

13
**ORDER**
14
IT IS SO ORDERED.
15
DATED: May 23, 2013.
16

17

18

19

20
dad1.crim
grewal0082.stipord.cont.trial.wpd

21

22

23

24

25

26

27

28

Stipulation and Proposed Order    -2-