1  BENJAMIN B. WAGNER
   United States Attorney
2  ASHWIN JANAKIRAM
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No. 2:13-mj-00082-DAD
                                   )
12          Plaintiff,             ) ORDER TO DISMISS AND
                                   )  VACATE COURT TRIAL
13                                 )
        v.                         )
14                                 )
   HARPREET S. GREWAL,             ) DATE: JUNE 19, 2013
15                                 ) TIME: 9:00 a.m.
          Defendant.               ) JUDGE: Hon. Dale A. Drozd
16                                 )
   _____)
17

18      It is hereby ordered that the plaintiff United States

19  of America's motion to dismiss Case no. 2:13-mj-00082-DAD and to

20  vacate the court trial set for June 19, 2013 is GRANTED.

21      IT IS SO ORDERED.

22  DATED: June 18, 2013.

23

24  _____
    DALE A. DROZD
25  UNITED STATES MAGISTRATE JUDGE

26  dad1.crim
    grewal0082.ord re dismiss.wpd
27

28